**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 772 MAL 2014
:
          Respondent        :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.            :
:
:
:
MEREDITH DESHAWN PENN,   :
:
          Petitioner         :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.